(06/2017)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT CHARLESTON

**AL MARINO, INC., individually, et al.**

v.

**PURDUE PHARMA L.P., et al.**

DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

CASE NUMBER 2:19-cv-00723

Pursuant to F R Civ P 7.1, **Al Marino, Inc.**,
(type of party)

who is **Plaintiff**, makes the following disclosure:
(name of party)

1. Is the party a non-governmental corporate party?

   ☑ YES   ☐ NO

2. If the answer to Number 1 is "yes," list below any parent corporation or state that there is no such corporation:

   No such corporation.

3. If the answer to Number 1 is "yes," list below any publicly-held corporation that owns 10% or more of the party's stock or state that there is no such corporation:

   No such corporation.

The undersigned party understand that under F R Civ P 7.1, it will promptly file a supplemental statement upon any change in the information that this statement requires.

Date: 10/7/2019

s/Mark E. Troy, WVSB #6678
Signature of Counsel for Party